# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERICKA VANDEVENTER, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>SERINA VACIN, AN INDIVIDUAL, AND/OR COUNTRY PREFERRED INSURANCE COMPANY, A FOREIGN INSURANCE COMPANY AND/OR COUNTRY MUTUAL INSURANCE COMPANY, A FOREIGN INSURANCE COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 17-CV-00434-JHP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a), Plaintiff, Ericka Vandeventer and Defendant, Country Preferred Insurance Company stipulate and agree to dismiss this action without prejudice against the Defendant, Country Mutual Insurance Company.

Respectfully Submitted,

s/David R. Fleury
David R. Fleury
Michael J. Masterson
Wilburn, Masterson & Fleury
2421 E. Skelly Dr.
Tulsa, OK 74105
*Attorneys for Defendant, Country Preferred Insurance Company*

        s/Jack Zurawik
Jack G. Zurawik
Zurawik Law Firm
Commerce Tower
P.O. Box 35346
Tulsa, OK 74153-0346

-AND-

Timothy Clancy
Clancy & Thompson
5801 E. 41st Street, Suite 710
Tulsa, OK 74135
*Attorneys for Ericka Vandeventer*